IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GREGORY COTHRON,

      Appellant,

v.                                Case No. 5D16-3973

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed April 7, 2017

3.850 Appeal from the Circuit Court
for Putnam County,
Scott C. Dupont, Judge.

Gregory Cothron, Sneads, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Allison Leigh Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

Gregory Cothron appeals the summary denial of his motion for postconviction relief filed under Florida Rule of Criminal Procedure 3.850. We affirm without comment the denial of postconviction relief except on ground three.

Cothron's claim three is insufficiently pled, but he should be allowed an opportunity to amend. See Fla. R. Crim. P. 3.850(f)(3). On remand, Cothron shall be given an opportunity to amend ground three within sixty days as authorized by the rule.

AFFIRMED in part; REVERSED in part; REMANDED for further proceedings.

ORFINGER and WALLIS, JJ., and JACOBUS, B.W., Senior Judge, concur.